MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5502 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| BILLY NEWTON, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to December 18, 2006.  The period of delay resulting from this continuance from November 7, 2005, to December 18, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 7th day of November, 2005.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/ *Jerome Kuh*                                         /s/ *Captain Glen Templeton*
Jerome Kuh                                                Captain Kenneth Tyndall
Attorney for Defendant                           Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                                  1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710